# CASE ANNOUNCEMENTS

*January 25, 2011*

[Cite as *01/25/2011 Case Announcements*, 2011-Ohio-257.]

## MOTION AND PROCEDURAL RULINGS

2010–1400.   [State ex rel] Lundeen v. Ryan.
Franklin App. No. 08AP–601. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion for redaction, it is ordered by the court that the motion is granted. Appellant shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio and Rule 8.6 of the Supreme Court of Ohio Rules of Practice, from Exhibit B to appellant's merit brief filed in this case within ten days of the date of this entry.

## MISCELLANEOUS DISMISSALS

2010–1791.   State ex rel. Masters v. Nationsway Transport Serv., Inc.
Franklin App. No. 09AP–894, 2010-Ohio-4512. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due January 18, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

# CASE ANNOUNCEMENTS

*January 25, 2011*

[Cite as *01/25/2011 Case Announcements #2*, 2011-Ohio-291.]

## DISCIPLINARY CASES

2002–1380.   Disciplinary Counsel v. Brown.
This cause came on for further consideration upon relator's filing of a motion to appear and show cause.

Upon consideration thereof, relator's motion is denied.

2008–1573.   Disciplinary Counsel v. Brown.
This cause came on for further consideration upon the filing by relator, Disciplinary Counsel, of a motion for an order to appear and show cause. Respondent was ordered to appear before this court, and he appeared on January 19, 2011.

Upon consideration thereof, it is ordered by this court that respondent, Bruce A. Brown, a.k.a. B. Andrew Brown, a.k.a. Amir Jamal Tauwab, is found in contempt for use of the terms "Esq.," "Esquire," "J.D.," or "Juris Doctor" in conjunction with his name or his business name in violation of the court's March 19, 2009 order.

It is further ordered that respondent is held in contempt of this court's order to pay a $50,000 civil penalty in this matter. Respondent is hereby ordered to submit to a debtor's exam to be conducted by the office of the Ohio Attorney General within 45 days of the date of this order.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.